Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2005 JAN 11  AM 9: 42*
*LORETTA G. WHYTE*
*CLERK*

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :** ALISHA WILLIAMS        **Case Number :** 053L 2:00CR00170-016N

**Name of Sentencing Judicial Officer :** Honorable Edith Brown Clement**

**This case has been re-allotted to the Honorable Kurt D. Englhardt, U. S. District Court Judge

**Offense :** 21 U.S.C. 846 - Conspiracy to possess with the intent to distribute and to distribute heroin

**Date of Sentence :** February 14, 2001

**Sentence :** 12 months custody of the Bureau of Prisons, followed by three years supervised release

**Special Conditions :**

1. Orientation and life skills
2. Mental health treatment
3. Financial disclosure
4. Credit restriction
5. Special assessment fee of $600.00
6. Obtain a GED while under supervised release

**Type of Supervision :** Supervised Release        **Date Supervision Commenced :** February 01, 2000
**Assistant U.S. Attorney :** Tanya Tetlow           **Defense Attorney :** Ann B. Steinhardt

---

### PETITIONING THE COURT

[ ] To issue a warrant                                          [ X ] To issue a summons

For the appearance of Alisha Williams before the Honorable Louis Moore, Jr., U. S. Mgistrate Judge at 2:00 PM on January 13, 2005 for an Initial Appearance Hearing and before this court on February 03, 2005, at 10:30 AM to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Standard Condition | On May 30, 2004, Alisha Williams was arrested by personnel of the Slidell Police Department and was charged with theft over $500.00. On October 28, 2004, Williams pled guilty to theft over $500.00 and was sentenced in the 22nd Judicial District Court for the Parish of St. Tammany, under Case No. 383-012-1, to five years hard labor in the Department of Corrections, suspended, and was placed on five years probation. She was also ordered to pay a $1,000.00 fine and court costs. |

DATE OF ENTRY

JAN 11 2005

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___

CUSTODIAL STATUS : None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 04, 2005

*Denise M. Deshazo* (signature)
Denise M. Deshazo
U.S. Probation Officer

REVIEWED BY:

*Christy L. Waters* (signature)
Christy L. Waters
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

Jan 11, 2005
Date

Address of Offender:   3885 Eastview Drive
                       Harvey, LA 70058

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING <u>ONLY</u>:
   Original        - Clerk's Office
   1 Copy Certified   - U.S. Attorney
   1 Copy Certified   - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

