FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JAN 18 AM 9: 36

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
MOORE, M.J.
JANUARY 13, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 00-170

ALISHA WILLIAMS                             SECTION "N"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/(WITHOUT) COUNSEL _____
  X / ASST. U. S. ATTORNEY  TANIA TETLOW - *Nils Kessler for*
  X / PROBATION OFFICER  DENISE DESHAZO _____
  __ / INTERPRETER, _____, SWORN (TIME: ___.M. TO ___.M.)

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
X / BOND SET AT $5,000.00 *Unsecured appearance bond*

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
X / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____

__ / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_____

__ / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_____

X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
   BEFORE UNITED STATES DISTRICT JUDGE KURT D. ENGELHARDT

DATE OF ENTRY
JAN 18 2005

440