



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JAN 19 PM 3: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-170 |
| v. | * | SECTION: "N" |
| ALISHA WILLIAMS | * | |

* * *

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On February 14, 2001, defendant, Alisha Williams was sentenced for violating Title 21, United States Code, Sections 846, by the Honorable Edith Brown Clement. The case has been re-allotted to the Honorable Kurt D. Engelhardt.

II.

Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference.

DATE OF ENTRY
JAN 21 2005

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No _____

### III.

Defendant has violated the terms of her supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

**WHEREFORE**, the Government prays that the defendant, Alisha Williams, be brought before this Court and a copy of this Rule be served upon her, and that she be ordered to show cause, on the _____ day of _____, 2005, at _____ .m., before United States District Court Judge Kurt D. Engelhardt, at the United States District Court, 500 Poydas Street, C-351, New Orleans, Louisiana, why her supervised release should not be revoked.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
TANIA C. TETLOW
Assistant United States Attorney
Louisiana Bar Roll No. 23955
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3162

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ___ day of _____, 2005.

_____
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-170 |
| v. | * | SECTION: "N" |
| ALISHA WILLIAMS | * | |

* * *

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that defendant Alisha Williams show cause before the Court at 10:30 a.m., on the 3RD day of February, 2005, why supervised release granted to her on February 1, 2000 should not be revoked.

New Orleans, Louisiana, this 20th day of January, 2005.

_____
UNITED STATES DISTRICT JUDGE

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

*U.S. EASTERN DISTRICT COURT DISTRICT OF LA 2005 JAN 11 AM 9:42 LORETTA G. WHYTE CLERK*

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** ALISHA WILLIAMS                   **Case Number:** 053L 2:00CR00170-016N

**Name of Sentencing Judicial Officer:** Honorable Edith Brown Clement**

**This case has been re-allotted to the Honorable Kurt D. Englhardt, U. S. District Court Judge

**Offense:** 21 U.S.C. 846 - Conspiracy to possess with the intent to distribute and to distribute heroin

**Date of Sentence:** February 14, 2001

**Sentence:** 12 months custody of the Bureau of Prisons, followed by three years supervised release

**Special Conditions:**

1. Orientation and life skills
2. Mental health treatment
3. Financial disclosure
4. Credit restriction
5. Special assessment fee of $600.00
6. Obtain a GED while under supervised release

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** February 01, 2000
**Assistant U.S. Attorney:** Tanya Tetlow         **Defense Attorney:** Ann B. Steinhardt

---

## PETITIONING THE COURT

[ ] To issue a warrant                                      [ X ] To issue a summons

For the appearance of Alisha Williams before the Honorable Louis Moore, Jr., U. S. Mgistrate Judge at 2:00 PM on January 13, 2005 for an Initial Appearance Hearing and before this court on February 03, 2005, at 10:30 AM to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Standard Condition | On May 30, 2004, Alisha Williams was arrested by personnel of the Slidell Police Department and was charged with theft over $500.00. On October 28, 2004, Williams pled guilty to theft over $500.00 and was sentenced in the 22nd Judicial District Court for the Parish of St. Tammany, under Case No 383-012-1, to five years hard labor in the Department of Corrections, suspended, and was placed on five years probation. She was also ordered to pay a $1,000.00 fine and court costs. |


GOVERNMENT EXHIBIT A

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

CUSTODIAL STATUS : None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 04, 2005

*Denise M. Deshazo*
Denise M. Deshazo
U.S. Probation Officer

REVIEWED BY:

*Christy L. Waters*
Christy L. Waters
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

Jan 11, 2005
Date

Address of Offender:   3885 Eastview Drive
                       Harvey, LA 70058



CLERK'S OFFICE
A TRUE COPY

JAN 11 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original       - Clerk's Office
   1 Copy Certified   - U.S. Attorney
   1 Copy Certified   - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

