

```
┌─────────────────────────────────────┐
│   UNITED STATES DISTRICT COURT      │
│              FILED                  │
│                                     │
│         January 21, 2005            │
│                                     │
│   EASTERN DISTRICT OF LOUISIANA     │
│         Loretta G. Whyte            │
│             Clerk                   │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-170 |
| VERSUS | SECTION "N" |
| ALISHA WILLIAMS | VIOLATION: |

NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

Take Notice that this criminal case has been set for RULE TO REVOKE SUPERVISED RELEASE on Thursday, February 3, 2005 at 10:30 a.m., before Judge Kurt D. Engelhardt, Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: January 21, 2005

TO:
ALISHA WILLIAMS
3885 Eastview Dr.
Harvey, LA  70058

FPD

**If you change address,
notify clerk of court
by phone, 589-7683**

LORETTA G. WHYTE, CLERK

by: _____
    Deputy Clerk

AUSA: Tania Tetlow

U.S. Marshal
U.S. Probation Officer
U.S. Pretrial Services

**JUDGE**

**MAGISTRATE**

___FEE_____
X PROCESS
X DOCKET
X CTRM DEP
DOCUMENT NO. 443