

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-170 |
| ALISHA WILLIAMS | * | SECTION: "N" |

### UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

**NOW INTO COURT** comes the defendant Alisha Williams who, through undersigned counsel, respectfully moves this Honorable Court for a continuance of the supervised release revocation hearing currently set for February 3, 2005 at 10:30 A.M. The requested continuance is based of the following:

I.

The defendant, who through undersigned counsel, requires additional time to collect and gather documents necessary to present a response to the Rule to Revoke.

II.

Assistant United States Attorney Tania Tetlow has been contacted and is unopposed to this motion.

DATE OF ENTRY
FEB 4 2005

___ Fee
___ Process
X   Dktd
✓   CtRmDep
___ Doc. No

III.

Additionally, United States Probation Officer Denise DeShazo has been contacted and has no objection to this motion.

**WHEREFORE,** the defendant respectfully requests that this Honorable Court grant a continuance of the revocation hearing.

Respectfully submitted this 2nd day of February, 2005.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

_____
GEORGE CHANEY
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 22215

**CERTIFICATE**

I hereby certify that a copy of the foregoing Motion and Incorporated Memorandum to Continue Revocation Hearing has been served on Assistant United States Attorney Tania Tetlow, and United States Probation Officer Denise DeShazo, 500 Poydras Street, New Orleans, Louisiana 70130 by hand-delivering same, this 2nd day of February, 2005.

_____
GEORGE CHANEY
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-170 |
| ALISHA WILLIAMS | * | SECTION: "N" |

## O R D E R

The foregoing considered,

**IT IS ORDERED** that the revocation hearing in the above captioned matter is hereby continued until the 2nd day of March, 2005, at 9:30 A.M.

New Orleans, Louisiana, this 4th day of February, 2005.

_____
UNITED STATES DISTRICT JUDGE