```
UNITED STATES DISTRICT COURT
          FILED
     February 4, 2005
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
            Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-170 |
| VERSUS | SECTION "N" |
| ALISHA WILLIAMS | VIOLATION: |

NOTICE OF RULE TO REVOKE SUPERVISED RELEASE (cont'd from 2/3/05)

Take Notice that this criminal case has been set for RULE TO REVOKE SUPERVISED RELEASE on MARCH 2, 2005 AT 9:30 A.M., before Judge Kurt D. Engelhardt, Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

LORETTA G. WHYTE, CLERK

Date: February 4, 2005

by: _____
      Deputy Clerk

TO:
ALISHA WILLIAMS
3885 Eastview Dr.
Harvey, LA 70058

AUSA: Tania Tetlow

FPD - George Chaney

U.S. Marshal
U.S. Probation Officer
U.S. Pretrial Services

**If you change address, notify clerk of court by phone, 589-7683**

**JUDGE**

**MAGISTRATE**

___ FEE
_X_ PROCESS
_X_ DOCKET
_X_ CTRM DEP
DOCUMENT NO. 445