MINUTE ENTRY
ENGELHARDT, J.
MARCH 2, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-170 |
| ALISHA WILLIAMS | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, MARCH 2, 2005 AT 9:45 A.M.**

COURTROOM DEPUTY: Pam Radosta    COURT REPORTER: Cathy Pepper

APPEARANCES:  Tania Tetlow, AUSA
              George Chaney, FPD
              Denise DeShazo, Probation Officer

**RULE TO REVOKE SUPERVISED RELEASE:**

Defendant present.
Joint stipulation as to the allegations in the Rule to Revoke Supervised Release entered.
Court finds defendant has violated the terms of her supervised release.
See Judgment Revoking Supervised Release in the record.
Defendant remanded.

JS-10: 0.5

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.